# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

FELIX M. PICHARDO,

Appellant,

v.

TRAX FEDERAL CREDIT UNION,
f/k/a RAILROAD and INDUSTRIAL
FEDERAL CREDIT UNION,

Appellee.


No. 2D2025-1723

_____

February 20, 2026

Appeal from the County Court for Hillsborough County; Matthew Alex Smith, Judge.

Felix M. Pichardo, pro se.

Arthur S. Corrales, Tampa, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.